Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI ALVES**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>**AGENT LEADS, INC.;** DOES 1-10 Inclusive**,**<br><br>Defendant. | **Case No.:**<br><br>**2:19-cv-08492-CBM-FFM**<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** November 5, 2019         **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Adrian R. Bacon
                    Adrian R. Bacon, Esq.

## CERTIFICATE OF SERVICE

Filed electronically on November 5, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on November 5, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

<u>By: s/ Adrian R. Bacon</u>
Adrian R. Bacon, Esq.